UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **23-2277 & 23-2963**

Washington v. Gilmore
(W.D. Pa. No. 2-15-cv-01031)

**ORDER**

  The above-docketed appeals are hereby consolidated for purposes of disposition only. A separate briefing and scheduling order will be issued in Appeal No. 23-2963 once all case opening forms are filed in that case.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: October 31, 2023