# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| HENRY UNSELD WASHINGTON, | : | |
| --- | --- | --- |
| Appellee | : | 23-2963 |
| v. | : | |
| ROBERT GILMORE, *et al.* | : | |
| Appellants | : | |

## APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE BRIEF

Appellants respectfully request a 30-day extension of time in which to file their brief, averring the following in support thereof.

1. This case involves a lawsuit by an inmate about the conditions of his confinement.

2. Appellants' brief is due on February 26, 2024.

3. Due to personnel issues, this case was transferred to the undersigned counsel this week.

4. I will need additional time to fully research the trial and complex issues raised in this case so as to effectively aid this Court in its consideration of this matter.

5. This is the first request for an extension of time made by Appellants and is not made with any dilatory intent. It should not cause the final disposition of this appeal to be materially delayed.

6. Counsel for Appellee has graciously consented to this request.

**WHEREFORE**, Appellants respectfully request that the deadline for their brief be extended by 30-days such that it shall be due on March 27, 2024.

Respectfully submitted,

MICHELLE HENRY
Attorney General

By: */s/ Howard Hopkirk*
HOWARD HOPKIRK
Senior Deputy Attorney General

J. BART DeLONE
Chief Deputy Attorney General
Chief, Appellate Litigation Section

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 705-2331
FAX: (717) 772-4526

Date: February 9, 2024

# CERTIFICATE OF SERVICE

I, Howard Hopkirk, Senior Deputy Attorney General, do hereby certify that I have this day served the foregoing to the following parties and in the manner indicated below:

Via ECF

Samuel Weiss, Esq.
Rights Behind Bars
416 Florida Avenue NW
Unit 26152
Washington, DC 20001
(*Counsel for Appellant*)

        By:    */s/ Howard Hopkirk*
                HOWARD HOPKIRK
                Senior Deputy Attorney General

Date: February 9, 2024