IN THE UNITED STATES COURT OF
APPEALS FOR THE THIRD CIRCUIT

Henry Unseld Washington

        Plaintiff-Appellee,

        v.

Robert Gilmore, et al.

        Defendants-Appellants.

No. 23-2963

**FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE THE APPELLEE'S BRIEF**

Appellee respectfully requests a 30-day extension in which to file his answering brief from the current deadline of April 26, 2024 to May 26, 2024.

1.    Undersigned counsel has recently been retained to handle Appellee's appeal *pro bono*. Mr. Washington was previously operating *pro se*. Undersigned counsel and her colleagues are therefore new to the issues raised in this appeal.

2.    Undersigned counsel has had, and continues to have, a series of other pressing trial deadlines and emergency issues in cases in which she is counsel, including emergency client issues in *California Coalition for Women Prisoners et al. v. United States of America Federal Bureau of Prisons et al.*, 4:23-cv-04155, arising from Federal Corrections Institute (FCI) Dublin's sudden closure;

1

emergency briefing to be filed by April 29, 2024 in *Voice of the Experienced et al. v. LeBlanc et al.*, 3:23-cv-01304, pressing discovery matters in *Jones et al. v. City of St. Louis, Missouri*, 4:21-cv-00600; and other matters that will likely arise.

3. Appellee contacted Appellant's counsel on April 12, 2024 and April 15, 2024 to obtain consent for an extension, but Appellant's counsel did not reply.

## CONCLUSION

For the foregoing reasons, Appellee respectfully requests a 30-day extension of time, up to and including May 26, 2024 in which to file his answering brief.

Respectfully submitted,

*/s/ Amaris Montes*
Amaris Montes
Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Appellee's Brief with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: April 19, 2024

/s/ *Amaris Montes*
Amaris Montes

Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001

CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 230 words.

Date:  April 19, 2024

                                                                   */s/ Amaris Montes*
                                                                   Amaris Montes

                                                                   Rights Behind Bars
                                                                   416 Florida Avenue NW, #26152
                                                                   Washington, DC 20001