UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 23-2963

HENRY UNSELD WASHINGTON

v.

ROBERT GILMORE, Warden; TRACY SHAWLEY, Warden's Assistant; S. P. DURCO, RHU Commander; P.E. BARKEFELT, RHU Lieutenant; A. J. MORRIS, Lieutenant; C. WILLIAMS, Lieutenant; G. CRABLE, Sergeant; J. M. SMITH, Sergeant; ROBERT NELSON, Corrections Officer; T. S. OSWALD, Corrections Officer; L. COMER, Corrections Officer; T.I. BENNETT, Property Officer/Corrections Officer; R. HENDRICKS, Corrections Officer; J. CODDY, Corrections Officer; J. HEGETER, Corrections Officer; D. FARRIER, Corrections Officer; M. STUMP, Corrections Officer; G. TAIT; J. D. SUHAN, Corrections Officer; IRMA VIHLIDAL, Health Care Administrator; B. JIN, Medical Director; M. PARK, Doctor; P. DASCANI, Doctor; M. COMER, P.A.; E. MATTES, P.A.; E. MWUARA, P.A.; P. DENNISON, Corrections Officer

T.S. OSWALD,
        Appellant

(W.D. Pa. No. 2:15-cv-01031)

Present:  KRAUSE, BIBAS, and AMBRO, *Circuit Judges*

1. Motion by Appellee Henry Washington for Attorney's Fees on Appeal in the Amount of $29,928 and Costs in the Amount of $318.61

Respectfully,

Clerk

_____ORDER_____

The foregoing motion is granted.

By the Court,

s/ Stephanos Bibas
Circuit Judge

Dated: March 3, 2025
Tmm/cc: Sean A. Kirkpatrick, Esq.
       Samuel Weiss, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk

Anthony T. Kovalchick, Esq.
Amaris Montes, Esq.